**Chief Justice**
SCOTT BRISTER

**Justices**
SCOTT FIELD
APRIL FARRIS

**Clerk**
CHRISTOPHER A. PRINE



# Fifteenth Court of Appeals

P.O. Box 12852, AUSTIN, TEXAS 78711
www.txcourts.gov/15thcoa/
512-463-1610

November 20, 2025

Shabronda Rena-Lewis
c/o 1823 Wildwood Lane
Glenn Heights, TX 75154

RE:    Court of Appeals Number:    15-25-00049-CV
        Trial Court Case Number:    CC-24-07085-A

Style:  Charles Lewis
        v. Dan Willems

      The Fifteenth Court of Appeals is in receipt of your correspondence dated November 18, 2025. After review, this mandate has issued, and the case is closed. Your correspondence is being returned and is enclosed.

      Sincerely,

_____
Christopher A. Prine, Clerk